Ronald E. Stadtmueller, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 692134

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11219 | 007-0 | JAMES K THOMPSON<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx9839 | 1,269.63 | 62.25 | 0.00 | 62.25 |
| 04-90278 | 017-0 | TIMOTHY GREGG ENGELKING<br>Original Check written to:<br>SOUTHWESTERN BELL TELEPHONE<br>PO BOX 981268<br>WEST SACRAMENTO, CA  95798 | xxxxxxxxxxxxxxxxxxxx2501 | 368.12 | 154.48 | 0.00 | 154.48 |
| 04-90566 | 013-0 | REX W WILLIAMS<br>Original Check written to:<br>GUARDIAN APPLIANCE<br>RT 16 BOX 1975<br>LUFKIN, TX  75901 | xxxxxxxxxxxxxIDED | 0.00 | 48.04 | 0.00 | 48.04 |
| 04-90566 | 013-1 | REX W WILLIAMS<br>Original Check written to:<br>GUARDIAN APPLIANCE<br>RT 16 BOX 1975<br>LUFKIN, TX  75901 | xxxxxxxxxxxxxIDED | 1,418.40 | 57.88 | 0.00 | 57.88 |
| 05-10785 | 004-0 | ROBERT W FRIEND<br>Original Check written to:<br>SOUTHEAST TEXAS RECOVERY<br>P O BOX 388<br>NEDERLAND, TX  77627 | xxxxxxxxxxx0982 | 975.60 | 116.18 | 0.00 | 116.18 |
| 06-10052 | 002-0 | RAYMOND STELLY<br>Original Check written to:<br>PORTFOLIO ACQUISITIONS, LLC.<br>C/O OSI COLLECTION SERVICES, INC.<br>PO BOX 947<br>BROOKFIELD, WI  53008 | xxxxxx2073 | 0.00 | 238.31 | 0.00 | 238.31 |
| 06-10406 | 013-0 | DONALD WAYNE MARTIN<br>Original Check written to:<br>CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P O BOX 5010 SEC 230<br>CONCORD, CA  94524-0010 | xxxxxx4136 | 95.55 | 467.34 | 0.00 | 467.34 |